IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: | C.R. BARD, INC.,<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL 2187 |

IMA F. STANDRIDGE and
JIM H. STANDRIDGE,

                Plaintiffs,

v.                                                CIVIL ACTION NO.  2:14-cv-08053

C. R. BARD, INC., et al.,

                Defendants.

## MEMORANDUM OPINION AND ORDER

On July 3, 2019, defendants, C. R. Bard, Inc. ("Bard") and Sofradim Production SAS ("Sofradim"), filed a Motion for Dismissal without Prejudice [ECF No. 18]. In the motion, the defendants request that this case be dismissed because there has been no proper substitution of a party within the applicable timelines. Plaintiffs' counsel responded, and the motion is ripe.

On November 14, 2018, plaintiffs' counsel filed a Suggestion of Death Upon the Record, noting the death of Ima F. Standridge [ECF 21]. Plaintiffs' counsel filed an Amended Suggestion of Death as an Exhibit to their Response to Motion for Dismissal without Prejudice [ECF No. 19-1]. In the Amended Suggestion of Death, counsel states that he has made diligent efforts to identify all potential successors or

representatives of the decedent and could identify only Jim Standridge, a plaintiff in this civil action.

Based upon the representation of plaintiffs' counsel, the court finds that counsel has complied with Federal Rule of Civil Procedure 25(a)(1) and Pretrial Order # 289 filed in *In re: C. R. Bard, Inc., Pelvic Repair Sys Prods. Liab., Litig.*, 2:10-md-2187 ("MDL 2187") [ECF No. 6195] and no motion to substitute Ima F. Standridge has been filed in the appropriate time frame.

The court **ORDERS** that the Motion for Dismissal without Prejudice [ECF No. 18] is **GRANTED** to the extent that Ima F. Standridge is dismissed from this civil action. Neither party has argued the issue of whether Jim Standridge's claim(s) remain and I decline to address his claims. Any other relief requested by Bard and Sofradim is **DENIED**. Ima F. Standridge is **DISMISSED without prejudice** and terminated from this civil action.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 21, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE