ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
KRISTAN LEHTINEN, ESQ.
Nevada Bar No. 008155
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant
BOSTON SCIENTIFIC CORP.

FAEGRE DRINKER BUDDLE & REATH LLP
TARIFA B. LADDON, ESQ.
THEODORE O'REILLY, ESQ.
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
tarifa.laddon@faegredrinker.com
theodore.oreilly@faegredrinker.com
Attorneys for Defendant
BOSTON SCIENTIFIC CORP.
Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMA F. STANDRIDGE, an Individual; and JIM H. STANDRIDGE, an Individual, <br><br> Plaintiffs, <br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation et al. <br><br> Defendants. | Case No. 3:20-cv-00657-MMD-WGC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

1                                                            LS-26962

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs IMA F. STANDRIDGE, an individual; and JIM H. STANDRIDGE, an Individual ("Plaintiffs"), by and through their attorney of record JENNIFER BLACK, ESQ. of CLARK LOVE & HUTSON, and Defendant BOSTON SCIENTIFIC CORPORATION, by and through its attorneys of record, LEANN SANDERS, ESQ. of the law firm ALVERSON TAYLOR & SANDERS, hereby stipulate and agree to voluntarily dismiss the above-referenced lawsuit, with prejudice, with the Parties herein to each bear their own attorney fees and costs, and hereby jointly move this Honorable Court for an Order of Dismissal, with prejudice.

DATED this 4th day of December, 2020.        DATED this 4th day of December, 2020.

*/s/ Mike Moreland*                                                  */s/ LeAnn Sanders*
By: _____                         By: _____
MIKE MORELAND, ESQ.
JENNIFER BLACK, ESQ.                                   LEANN SANDERS, ESQ.
CLARK LOVE & HUTSON                                 Nevada Bar No. 000390
Suite 1600                                                          ALVERSON TAYLOR & SANDERS
440 Louisiana Street                                            6605 Grand Montecito Parkway, Suite 200
Houston, Texas 77002                                         Las Vegas, Nevada 89149
*Attorneys for Plaintiffs*                                      *Attorneys for Defendant*
*Ima F. Standridge, Individually*                         *Boston Scientific Corporation*
*Jim H. Standridge, Individually*

///

///

///

///

///

///

///

///

///

///

*Standridge v. Boston Scientific Corporation*
*Case No. 3:20-cv-00657-MMD-WGC*
*Stipulation and Order for Dismissal With Prejudice*

### ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice, the Parties herein to each bear their own attorney fees and costs.

DATED this  7th   day of December, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ALVERSON TAYLOR & SANDERS

*/s/ LeAnn Sanders*
By _____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Attorneys for Defendant*
*Boston Scientific Corporation*

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

## CERTIFICATE OF SERVICE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON TAYLOR & SANDERS and that on the 4th day of December, 2020, I caused to be filed via CM/ECF a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**.

Mike Mooreland, Esq.
Jennifer Black, Esq.
Clayton Clark, Esq.
Scott Love, Esq.
William Moreland, Esq.
CLARK LOVE & HUTSON
440 Louisiana Street, Suite 1600
Houston, TX 77002
*Attorneys for Plaintiffs*

Melissa Foster Bird, Esq.
Richard North, Jr.
HELSON NULLINS RILEY & SCARBOROUGH
P.O. Box 1856
Huntington, WV 25719-1856
*Attorneys for C R Bard, Inc.*

Deborah Moeller, Esq.
Micah Hobbs, Esq.
SHOOK HARDY BACON
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Sofradim Production SAS*

*/s/ Gena Thompson*

———————————————————
An Employee of
ALVERSON TAYLOR & SANDERS

l:\cases\26962\pleadings\stipulation and order to dismiss with prejudice.doc

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000